UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERIES TALAMAS,

        Plaintiff,

  -v-

CADDIS FUNDING, LLC,

        Defendant.

22 Civ. 256 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 14, 2022, the Court held an initial pretrial conference in this case. At the conference, the Court discussed, *inter alia*, an anticipated motion to consolidate this case with a factually related one, *Talamas v. Law Offices of Steven Cohen LLC*, 22 Civ. 403 (JPC) (GWG) (S.D.N.Y. 2022). The Court orders this case stayed pending receipt of the anticipated motion, which is due no later than April 28, 2022. In the event the motion is contested, the response to the motion is due no later than May 5, 2022. The Court will enter a case management plan following resolution of the anticipated motion.

SO ORDERED.

                   *Paul A. Engelmayer*
                   Paul A. Engelmayer
                   United States District Judge

Dated: April 14, 2022
    New York, New York

1