UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

JERIES TALAMAS,

                              Plaintiff,

          -v-

CADDIS FUNDING, LLC,

                              Defendant.

22 Civ. 256 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

On April 14, 2022, the Court held an initial pretrial conference in this case ("*Talamas I*"). At the conference, the Court discussed, *inter alia*, an anticipated motion to consolidate this case with a factually related one, *Talamas v. Law Offices of Steven Cohen LLC*, 22 Civ. 403 (JPC) (GWG) (S.D.N.Y. 2022) ("*Talamas II*"). That motion—submitted jointly by counsel—has since been filed. *See* Dkt. 15. The Court agrees with counsel that *Talamas I* and *Talamas II* involve common questions of law and fact and that judicial economy favors consolidation. *See Johnson v. Celotex Corp.*, 899 F.2d 1281 (2d Cir. 1990). Further, the Court finds that consolidation would not result in any prejudice or confusion. To the contrary, because the cases arise from an identical set of facts and allege an identical theory of violation of the Fair Debt Collection Practices Act, consolidation serves to avoid prejudice or confusion that might follow from the

cases being litigated in distinct actions. Accordingly, the Court grants the motion for consolidation. The Clerk of Court is respectfully directed to close the motion at docket entry 15.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 2, 2022
       New York, New York