USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

**JERIES TALAMAS,**

**Plaintiff,**

**-against-**

**CADDIS FUNDING, LLC,**

**Defendant.**

----------------------------------------------------------------X

**22-CV-00256 (PAE)(SN)**

**<u>ORDER</u>**

----------------------------------------------------------------X

**JERIES TALAMAS,**

**Plaintiff,**

**-against-**

**LAW OFFICES OF STEVEN COHEN LLC,**

**Defendant.**

----------------------------------------------------------------X

**22-CV-00403 (PAE)(SN)**

**SARAH NETBURN, United States Magistrate Judge:**

On June 2, 2022, Judge Engelmayer consolidated these two cases, with 22-cv-00256 the lead case. The two cases were then referred to me for general pretrial supervision. To facilitate the "just, speedy, and inexpensive determination" of these matters, Fed. R. Civ. P. 1, by June 22, 2022, the parties across both Talamas cases shall file a single letter setting forth a proposed consolidated schedule for the completion of discovery in both cases.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: June 16, 2022
New York, New York